# EXHIBIT 4

**Phillips, Caleb**

| | |
|---|---|
| **From:** | Nick Shepard <nick.shepard@NATIMARK.com> |
| **Sent:** | Wednesday, May 10, 2023 1:47 PM |
| **To:** | Jacques McNeese |
| **Subject:** | Order |
| **Attachments:** | 57k_SS0510.zip |

[EXTERNAL: Use caution with links and attachments if this is not a recognized or expected message]
Jacques-

I have attached the orders above.  Thank you again for your business.  Have a great day!  Nick.

# Nick Shepard
(602) 445-3427
Nick.Shepard@natimark.com
www.natimark.com | counts.natimark.com

