IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DAVID KRUGMAN, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 4:24-cv-00329-RK |
| SUN SOLAR LLC, | ) |
|         Defendant. | ) |

## ORDER TO SHOW CAUSE

Plaintiff filed this case alleging violations of the Telephone Consumer Protection Act on May 6, 2024. (Doc. 1.) The Court was notified of a settlement in this case between Plaintiff Krugman and Sun Solar LLC, and on July 31, 2025, the Court ordered

> Plaintiff to file, within 60 days, a notice of dismissal as to Sun Solar LLC or, if required by Rule 41 of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all parties who have appeared as to Sun Solar LLC. If the settlement is not perfected within 60 days, Plaintiff must file a status report including an anticipated timeline.

(Doc. 71.) Therefore, Plaintiff's notice of dismissal, stipulation of dismissal, or status update was due September 29, 2025. To date, Plaintiff has not filed a notice of dismissal, stipulation of dismissal, or status report.

Accordingly, the Court **ORDERS** that on or before **October 31, 2025**, Plaintiff (1) **SHOW CAUSE** why he failed to respond to the Court's July 31, 2025 Order, and (2) file a notice of dismissal or, if required by Rule 41 of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all parties who have appeared as to Sun Solar. If the settlement is not perfected by October 31, Plaintiff must file a status report including an anticipated timeline.

**IT IS SO ORDERED.**

                                                  s/ Roseann A. Ketchmark
                                                ROSEANN A. KETCHMARK, JUDGE
                                                UNITED STATES DISTRICT COURT

DATED: October 17, 2025