IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| David Krugman, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Sun Solar, LLC,<br><br>    Defendant. | CASE NO. 4:24-CV-000329-RK |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW
CAUSE AND REQUEST FOR RULE 16 CONFERENCE**

Plaintiff David Krugman ("Plaintiff"), by and through undersigned counsel, respectfully submits this Response to the Court's October 17, 2025 Order to Show Cause and Status Report, and requests a brief Rule 16 status conference so Defendant can explain the reason for its post-settlement delay and provide a firm timetable for payment and dismissal.

This case resolved following mediation in July 2025. The parties then worked in good faith to finalize written agreements for multiple related claimants and to implement the agreed consideration. While Plaintiff diligently prepared and circulated the necessary settlement documentation, delays on the Defendant's side prevented timely finalization. Finally, all agreements were fully executed by September 11, 2025, with payment being due on or before October 11, 2025. On September 29, 2025, defense counsel requested additional personal data purportedly to check for child-support liens before issuing settlement checks. While not required under the settlement agreement, plaintiff supplied that information the next morning, September 30, 2025, and requested tracking once the checks were sent. As of the filing of this Response, Plaintiff has not received payment or any shipping confirmation.

Plaintiff therefore had not yet filed a stipulation or notice of dismissal by September 29, 2025, because doing so before receipt of the settlement consideration would have been inconsistent with the parties' agreement and would have jeopardized Plaintiff's interests. However, Plaintiff does regret and apologizes for not filing a subsequent notice with the Court.

Plaintiff respectfully submits that the foregoing constitutes good cause for any lapse and requests that the Court set a short Rule 16 conference to obtain from Defendant a concrete explanation and payment date.

On July 31, 2025, the Court ordered a dismissal filing or status report within 60 days. By that point (late September), the parties were (1) in the very last stage of consummating the settlement (after full execution on September 11), and (2) addressing a late-breaking insurer requirement raised by Defendant on September 29 to screen for lien obligations before releasing funds. Plaintiff promptly complied on September 30. To avoid further delay and to establish a concrete timetable to close the case, Plaintiff respectfully requests a brief Rule 16 status conference at the Court's earliest convenience, at which Defendant should be prepared to:

1. State whether payment has been issued, and if not, identify the specific remaining steps and dates by which payment will be tendered;
2. Commit to a firm date for tender and delivery of settlement checks, with immediate provision of tracking information upon shipment.

Plaintiff proposes that the Court (a) discharge the Order to Show Cause; (b) set a Rule 16 conference; and (c) alternatively extend Plaintiff's deadline to file a dismissal to the earlier of (i) fourteen (14) days after Defendant tenders the agreed consideration, or (ii) a date certain set by the Court with a joint status report due three (3) business days after the conference.

Plaintiff has diligently pursued finalization and enforcement of the parties' settlement, complied promptly with Defendant's late-raised information requests, and stands ready to file a dismissal immediately upon receipt of the agreed consideration. Plaintiff respectfully requests that the Court schedule a brief Rule 16 conference and set the limited deadlines outlined above.

RESPECTFULLY SUBMITTED AND DATED this October 21, 2025.

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100