IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| David Krugman, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br>v.<br><br>Sun Solar, LLC,<br><br>　　　Defendant. | CASE NO. 4:24-CV-000329-RK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate to the dismissal of Plaintiff David Krugman's claims against Defendant Sun Solar, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs and fees. They further stipulate to the dismissal of the putative class claims without prejudice. No further claims remain pending before the Court.

DATED: November 13, 2025　　　　　　　　　　　Respectfully submitted,

/s/ *Anthony I. Paronich*　　　　　　　　　　　　/s/ *Todd P. Stelter*
Anthony I. Paronich　　　　　　　　　　　　　　Todd P. Stelter
Paronich Law, P.C.　　　　　　　　　　　　　　Hinshaw & Culbertson LLP
350 Lincoln St., Suite 2400　　　　　　　　　　151 North Franklin Street, Suite 2500
Hingham, MA 02043　　　　　　　　　　　　　Chicago, IL 60606
Tel: 617-485-0018　　　　　　　　　　　　　　Tel: 312-704-3000
Fax: 508-318-8100　　　　　　　　　　　　　　Fax: 312-704-3001
Email: anthony@paronichlaw.com　　　　　　　Email: tstelter@hinshawlaw.com

*Counsel for Plaintiff*　　　　　　　　　　　　　*Counsel for Defendant*